UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| VALEO NORTH AMERICA, INC.<br><br>              Plaintiff,<br><br>         v.<br><br>UNITED STATES OF AMERICA;<br>OFFICE OF THE UNITED STATES TRADE<br>REPRESENTATIVE; U.S. CUSTOMS &<br>BORDER PROTECTION,<br><br>              Defendants. | Court No. 20-00219<br>and Attached Schedule |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE**, that pursuant to U.S. Court of International Trade Rule 75(e), undersigned counsel, having appeared on behalf of plaintiff in this action and in those actions listed on the annexed schedule, has relocated her office and requests that all papers be served upon her at the new address set forth below.

Dated: January 30, 2024

/s/ Weronika Bukowski

Crowell & Moring LLP
Two Manhattan West
375 Ninth Avenue
New York, NY 10001
wbukowski@crowell.com
(212) 530-1930

**Schedule to Notice of Appearance**

| Court Number | Case Name | Party or Parties Requested |
|---|---|---|
| 20-00223 | Interstate Batteries, Inc. et al v. United States et al | All plaintiffs |
| 20-00275 | AGS Company Automotive Solutions v. United States et al | Plaintiff |
| 20-00310 | Diamond Baseball Company Inc. v. United States et al | Plaintiff |
| 20-00378 | Del Monte Foods, Inc. v. United States et al | Plaintiff |
| 20-00397 | Wahl Clipper Corporation v. United States et al | Plaintiff |
| 20-00416 | Giesecke+Devrient Mobile Security America, Inc. v. United States et al | Plaintiff |
| 20-00559 | TDK Corporation of America et al v. United States et al | All plaintiffs |
| 20-00572 | Teva Pharmaceuticals USA, Inc. v. United States et al | Plaintiff |
| 20-00642 | Yokohama Tire Corporation v. United States et al | Plaintiff |
| 20-00682 | ColorChem International Corp. v. United States et al | Plaintiff |
| 20-00767 | Amphenol Corporation et al v. United States et al | All plaintiffs |
| 20-00814 | Cooper Tire & Rubber Company v. United States et al | Plaintiff |
| 20-00938 | Acushnet Company v. United States et al | All Plaintiffs |

| | | |
|---|---|---|
| 20-00962 | Allied Stainless Group, Inc. et al v. United States et al | All plaintiffs |
| 20-01038 | Chart Industries, Inc. et al v. United States et al | All plaintiffs |
| 20-01177 | Home Depot USA, Inc. v. United States et al | Plaintiff |
| 20-01192 | Dollar Tree, Inc. et al v. United States et al | All plaintiffs |
| 20-01308 | The Goodyear Tire & Rubber Company v. United States et al | Plaintiff |
| 20-01323 | Duracell Inc. et al v. United States et al | All plaintiffs |
| 20-01453 | Jimlar Corporation et al v. United States et al | All plaintiffs |
| 20-01471 | Milliken & Company et al v. United States et al | All plaintiffs |
| 20-01538 | Smart Technologies ULC et al v. United States et al | All plaintiffs |
| 20-01554 | Adidas International Trading AG v. United States et al | Plaintiff |
| 20-01689 | Grayhill, Inc. v. United States et al | Plaintiff |
| 20-01695 | University Furnishings, LP v. United States et al | Plaintiff |
| 20-01714 | Howmet Aerospace Inc. v. United States et al | Plaintiff |
| 20-01721 | TKC Holdings, Inc. et al v. United States et al | All plaintiffs |
| 20-01743 | Synnex Corporation et al v. United States et al | All plaintiffs |

| | | |
|---|---|---|
| 20-01789 | Mazak Corporation v. United States et al | All plaintiffs |
| 20-1798 | Schlumberger Technology Corp. et al v. United States et al | All plaintiffs |
| 20-01803 | Shaw Industries Group, Inc. v. United States et al | Plaintiff |
| 20-01828 | Fanatics, Inc v. United States et al | Plaintiff |
| 20-01840 | FMC Corporation v. United States et al | Plaintiff |
| 20-01846 | L G Sourcing, Inc. v. United States et al | Plaintiff |
| 20-01852 | Berje Inc. v. United States et al | Plaintiff |
| 20-01867 | Luxottica of America Inc. et al v. United States et al | All plaintiffs |
| 20-01875 | Bracketron, Inc. v. United States et al | Plaintiff |
| 20-01879 | Ferguson Enterprises, LLC et al v. United States et al | All plaintiffs |
| 20-01889 | REHAU Industries LLC et al v. United States et al | All plaintiffs |
| 20-01907 | St. Louis Group, LLC et al v. United States et al | All plaintiffs |
| 20-01915 | Bumble Bee Foods, LLC v. United States et al | Plaintiff |
| 20-01934 | Turn5, Inc. v. United States et al | Plaintiff |
| 20-01951 | EKC Technology, Inc. et al v. United States et al | All plaintiffs |

| | | |
|---|---|---|
| 20-01955 | Sennics Inc. v. United States et al | Plaintiff |
| 20-01961 | Courtesy Products, LLC v. United States et al | Plaintiff |
| 20-02080 | Ricoh USA, Inc. et al v. United States et al | All plaintiffs |
| 20-02087 | Resource Intl., Inc. v. United States et al | Plaintiff |
| 20-02279 | Proscaff Enterprises Inc. v. United States et al | Plaintiff |
| 20-02310 | Tropicana Manufacturing Company, Inc. et al v. United States et al | All plaintiffs |
| 20-02339 | Sephora USA, Inc. v. United States et al | Plaintiff |
| 20-02717 | T-Y Group, LLC v. United States et al | Plaintiff |
| 20-02720 | Liberty Procurement Co. Inc. v. United States et al | Plaintiff |
| 20-02728 | Cost Plus Management Services Inc. v. United States et al | Plaintiff |
| 20-2729 | Harbor Linen LLC v. United States et al | Plaintiff |
| 20-02733 | Nantucket Distributing Co., LLC v. United States et al | Plaintiff |
| 20-02735 | E.I. Du Pont de Nemours and Company et al v. United States et al | All plaintiffs |
| 20-02768 | Flex Ltd. et al v. United States et al | All plaintiffs |

| | | |
|---|---|---|
| 20-02971 | The Great Fish Company v. United States et al | Plaintiff |
| 20-03186 | A&M Products Manufacturing Company v. United States Customs and Border Protection et al | Plaintiff |
| 20-03193 | Clorox Manufacturing Company v. United States et al | Plaintiff |
| 20-3213 | Jimway Inc. et al v. United States et al | All plaintiffs |
| 20-03560 | Crystal Cove Seafood Corporation v. United States et al | Plaintiff |
| 20-03892 | Swatfame, Inc. v. United States et al | Plaintiff |
| 21-00052 | In Re Section 301 Cases | All Plaintiffs |
| 21-00298 | Flender Corporation v. United States et al | Plaintiff |
| 21-00315 | Power Mobile Life LLC v. United States et al | Plaintiff |
| 21-00316 | Fantasia Trading LLC v. United States et al | Plaintiff |
| 21-00372 | Amazon.com, Inc. et al v. United States et al | All plaintiffs |
| 21-00400 | Shaw Industries Group, Inc. v. United States | Plaintiff |
| 21-00401 | Innolight Technology v. United States et al | Plaintiff |
| 21-00405 | Essilor Asia Pacific et al v. United States et al | All plaintiffs |

| | | |
|---|---|---|
| 21-00406 | Eoptolink Technology Inc., Ltd. et al v. United States et al | All plaintiffs |
| 21-00433 | Source Photonics (Chengdu) Company Ltd. v. United States et al | Plaintiff |
| 21-00448 | TEAC America, Inc. v. United States et al | Plaintiff |
| 21-00460 | SCOT Industries v. United States et al | Plaintiff |
| 21-00462 | World Wide Technology, LLC v. United States et al | Plaintiff |
| 21-00483 | Trend Power Technology (USA) Co., Limited v. United States et al | Plaintiff |
| 21-00485 | Ingrasys Technology USA Inc. v. United States et al | Plaintiff |
| 21-00531 | PAO TMK v. United States | Plaintiff |
| 21-00534 | PAO TMK v. United States | Plaintiff |
| 21-00581 | Valeo North America, Inc. v. United States | Plaintiff |
| 21-00589 | LEGO System A/S et al v. United States et al | All plaintiffs |
| 21-00640 | Flexitech, Inc. v. United States et al | Plaintiff |
| 22-00034 | Dave Carter Associates, Inc. v. United States et al | Plaintiff |
| 22-00290 | Jiangsu Alcha Aluminum Co., Ltd. et al v. United States | All plaintiffs |
| 23-00141 | Razor USA LLC v. United States | Plaintiff |