## IN THE UNITED STATES COURT OF INTERNATIONAL TRADE
### BEFORE: THE HONORABLE STEPHEN A. VADEN, JUDGE

|  |  |
|---|---|
| PAO TMK, | ) |
| *Plaintiff*, | ) |
| v. | ) Court No. 21-00534 |
| UNITED STATES OF AMERICA, | ) |
| *Defendant*, | ) |

## STIPULATION OF DISMISSAL

PLEASE TAKE NOTICE that plaintiff, pursuant to Rule 41(a)(1)(A)(ii) of the Rules of the United States Court of International Trade, having filed a stipulation of dismissal signed by all parties who have appeared in this action and those actions listed on the attached schedule hereby dismiss this action and those listed on the attached schedule.

Dated:  January 8, 2025                    /s/ Weronika Bukowski

Daniel Cannistra
Weronika Bukowski
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC  20004
Tel: (202) 624-2902
Fax: (202) 628-5116
Email: dcannistra@crowell.com

Attorneys for Plaintiff

|  |  |
|---|---|
|  | BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General<br><br>PATRICIA M. McCARTHY<br>Director<br><br>/s/ Franklin E. White, Jr.<br>FRANKLIN E. WHITE, JR.<br>Assistant Director |
| OF COUNSEL:<br><br>ASHLANDE GELIN<br>Office of Chief Counsel for Trade<br>Enforcement & Compliance<br>U.S. Department of Commerce | /s/ Augustus Golden<br>AUGUSTUS GOLDEN<br>Trial Attorney<br>Commercial Litigation Branch<br>Civil Division<br>U.S. Department of Justice<br>P.O. Box 480<br>Ben Franklin Station<br>Washington, D.C.  20044<br>Telephone: (202) 305-5915<br>Facsimile:   (202) 307-0972<br>Augustus.J.Golden@usdoj.gov<br><br>Attorneys for Defendant United States |

Schedule to Stipulation of Dismissal

| Court Number(s) | Plaintiff(s) Name |
|---|---|
| 21-531 | PAO TMK |
| 21-534 | PAO TMK |

Order of Dismissal

    This action and those listed on the schedule set forth above, having been voluntarily stipulated for dismissal by all parties having appeared in the action, are dismissed.

Dated: January 8, 2025

Clerk, U. S. Court of International Trade

By: /s/ Jason Chien

Deputy Clerk